UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

IN THE MATTER OF THE SEARCH
OF Information associated with
Facebook User Angel.Long.1004 and
Facebook ID 100000942142183 that
is stored at premises controlled by
Facebook Inc.

CASE NUMBER 5:19-MJ-139

**ORDER FOR NONDISCLOSURE**

The United States having established sufficient cause for delayed notification, I find that immediate notification to the subscribers of the existence of the search warrant may have an adverse result listed in 18 U.S.C. § 2705(b), it is hereby;

ORDERED Facebook Inc. shall not notify any other person, including the subscribers with Facebook User Angel.Long.1004 and Facebook ID 100000942142183 that is stored at premises controlled by Facebook Inc., of the existence of the previously served search warrant, related to the accounts for 180 days.

Dated this 21st day of November, 2019.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge